IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA PATTEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:16-cv-01747-NBF |
| v. ) | |
| ) | District Judge Nora Barry Fischer |
| HALINA M. ZYCZYNSKI, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 22nd day of February, 2017, following entry of the Court's Orders disposing of Plaintiff's Motion for Leave to Conduct Discovery and Motion for Extension of Time to File Certificate of Merit (Docket Nos. 38 and 40), and upon consideration of the Motion to Stay (Docket No. 5) filed by Defendants Ethicon, Inc., and Johnson & Johnson, and Plaintiff's Response (Docket No. 25) thereto,

IT IS HEREBY ORDERED that said Motion to Stay is GRANTED, and the instant case is stayed until further action by this Court or transfer by the United States Judicial Panel on Multidistrict Litigation.

IT IS FURTHER ORDERED that the Motions to Sever (Docket Nos. 7 and 18) and the Motion to Remand (Docket No. 22) are DENIED, without prejudice, and may be renewed at a future date, if necessary.

*/s/ Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc/ecf:  All counsel of record.